Dmitry Kheyfits (SBN 321326)
dkheyfits@kblit.com
KHEYFITS BELENKY LLP
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: 415-429-1739
Fax: 415-429-6347

Hanna G. Cohen (admitted *pro hac vice*)
hgcohen@kblit.com
KHEYFITS BELENKY LLP
1140 Avenue of the Americas, 9th Floor
New York, NY 10036
Tel: 212-203-5399
Fax: 212-203-6445

*Counsel for Plaintiff*
*FireNet Technologies, LLC*

RICHARD G. FRENKEL (CA 204133)
rick.frenkel@lw.com
S. GIRI PATHMANABAN (CA 284802)
giri.pathmanaban@lw.com
NICHOLAS YU (CA 298768)
nicholas.yu@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Tel: +1.650.328.4600
Fax: +1.650.463.2600

*Counsel for Defendant*
*A10 Networks, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FIRENET TECHNOLOGIES, LLC,<br><br>               Plaintiff<br><br>   v.<br><br>A10 NETWORKS, INC.,<br><br>               Defendants | **Case No.:  3:18-cv-06502-VC**<br><br>**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT** |

Plaintiff FireNet Technologies, LLC and Defendant A10 Networks, Inc. (collectively, "parties") respectfully file this Joint Motion to Stay All Deadlines and Notice of Settlement.  The parties hereby notify the Court that they have executed an agreement to settle this matter.  The parties respectfully request that the Court stay all deadlines in this action for 30 days, and

continue the Case Management Conference scheduled for January 22, 2019, so that the parties

may take the requisite steps under their agreement to dismiss the case.


Dated:  January 18, 2019                                      Respectfully submitted,

                                                              /s/ Dmitry Kheyfits
                                                             Dmitry Kheyfits (SBN 321326)
                                                             dkheyfits@kblit.com
                                                             KHEYFITS BELENKY LLP
                                                             4 Embarcadero Center, Suite 1400
                                                             San Francisco, CA 94111
                                                             Tel: 415-429-1739
                                                             Fax: 415-429-6347

                                                             Hanna G. Cohen
                                                             (admitted *pro hac vice*)
                                                             hgcohen@kblit.com
                                                             KHEYFITS BELENKY LLP
                                                             1140 Avenue of the Americas, 9th Floor
                                                             New York, NY 10036
                                                             Tel: 212-203-5399
                                                             Fax: 212-203-6445

                                                             *Attorneys for Plaintiff*
                                                             *FireNet Technologies, LLC*

                                                              /s/ Richard G. Frenkel
                                                             Richard G. Frenkel (CA 204133)
                                                             rick.frenkel@lw.com
                                                             S. Giri Pathmanaban (CA 284802)
                                                             giri.pathmanaban@lw.com
                                                             Nicholas Yu (CA 298768)
                                                             nicholas.yu@lw.com
                                                             LATHAM & WATKINS LLP
                                                             140 Scott Drive
                                                             Menlo Park, CA 94025
                                                             Tel: +1.650.328.4600
                                                             Fax: +1.650.463.2600

                                                             *Attorneys for Defendant*
                                                             *A10 Networks, Inc.*

**ATTESTATION OF FILER**

I, Dmitry Kheyfits, am the ECF user whose ID and password are being used to file this Joint Case Management Statement. In compliance with Civil Local Rule 5- 1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

Dated: January 18, 2019                                  By:      */s/ Dmitry Kheyfits*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28