UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIRENET TECHNOLOGIES, LLC,<br><br>        Plaintiff<br><br>    v.<br><br>A10 NETWORKS, INC.,<br><br>        Defendant | Case No.: 3:18-cv-06502-VC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

In consideration of the parties' Stipulated Motion for Dismissal of all claims with prejudice and all counterclaims as moot asserted between Plaintiff FireNet Technologies, LLC and Defendant A10 Networks, Inc., the Stipulated Motion for Dismissal is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff and Defendant are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SO ORDERED this

  February 4, 2019  , 2019

_____

**VINCE CHHABRIA**
**UNITED STATES DISTRICT JUDGE**